# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

ANTONIO JOHNSON,

    Plaintiff,

v.                                            CASE NO. 5:16-cv-00278-WTH-EMT

STEPHEN HEBERT, JULIA MCCALL,

    Defendants.

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 30, 2018. (ECF No. 17). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Clerk shall enter the following judgment: "Pursuant to 28 U.S.C. § 1915(g), this cause be DISMISSED WITHOUT PREJUDICE to Plaintiff's initiating a new cause of action accompanied by payment of the $400.00 filing fee in its entirety."

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this _3rd_ day of July, 2018

_____
UNITED STATES DISTRICT JUDGE